UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT F. KENNEDY, JR, <br><br> Plaintiff, <br><br> v <br><br> JOCELYN BENSON, in her official capacity as Michigan Secretary of State, <br><br> Defendant. | No. 2:24-cv-12375 <br><br> HON. DENISE PAGE HOOD <br><br> MAG. JUDGE KIMBERLY G. ALTMAN |

_____/

| | |
|---|---|
| Brandon L. Debus (P81159) <br> Attorney for Plaintiff <br> 2600 W. Big Beaver Road, Ste 300 <br> Troy, Michigan 48084 <br> 248.433.7200 <br> bdebus@dickinson-wright.com | Heather S. Meingast (P55439) <br> Erik A. Grill (P64713) <br> Assistant Attorneys General <br> Attorneys for Defendant Benson <br> P.O. Box 30736 <br> Lansing, Michigan 48909 <br> 517.335.7659 <br> meingasth@michigan.gov. <br> grille@michigan.gov |

_____/

**APPEARANCE**

Please enter the appearance of Assistant Attorney General Heather S. Meingast for and on behalf of Defendant Jocelyn Benson in the above-captioned matter.

1

        Respectfully submitted,

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        Erik A. Grill (P64713)
        Assistant Attorneys General
        Attorneys for Defendant Benson
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        P55439

Dated: September 11, 2024

## CERTIFICATE OF SERVICE (E-FILE)

    I hereby certify that on September 11, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to all parties and counsel of record.

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        Assistant Attorney General
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        P55439