# EXHIBIT A

# NATURAL LAW PARTY

# CERTIFICATION OF NOMINATION

The State Convention held at 11636 Highland Rd. #107, Hartland MI 48353 the Natural Law Party conducted its state convention on April 17, 2024.

Nominating its candidates for President and Vice President of the United States. Each of the nominated candidates for the office of President and Vice President of the United States are over the age of 35, natural born citizens of the United States and residents of the United States for at least 10 years.

Accordingly, the undersigned State Party Chair and Secretary of the Natural Law Party of Michigan, hereby certify to the Michigan Secretary of State the following individuals as the nominees for the Natural Law Party in Michigan for the November 5, 2024, general election:

| | |
|---|---|
| President of the United States: | Robert F. Kennedy Jr.<br>84 Croton Lake Road<br>Katonah, New York, 10536<br><br>Date of Birth: 1/17/1954 |
| Vice President of the United States: | Nicole Shanahan<br>271 Dedalera Drive<br>Portola Valley, California, 94028<br><br>Date of Birth: 9/26/1985 |
| United States Senate | Douglas P. Dern<br>4300 N. Milford Rd.<br>Highland MI 48357 |
| Wayne State Board of Governors | Kathleen Oakford<br>23601 Canfield Ave.<br>Farmington Hills 48336 |

RECEIVED/FILED
MICHIGAN DEPT OF STATE
2024 APR 17 PM 12:42
ELECTIONS/GREAT SEAL

Dated: 04/17/24

*[signature]*
Doug Dern
Chair
Natural Law Party
248-882-0838
dddern@aol.com

*[signature]*
Kathleen Oakford
Secretary
Natural Law Party