# EXHIBIT B

# NATURAL LAW PARTY
# CERTIFICATION OF PRESIDENTIAL ELECTORS

The State Convention of the Natural Law Party conducted its state convention on April 17, 2024, nominating its slate of presidential electors for the 2024 general election to be conducted on November 5, 2024. Each of the nominated presidential electors are constitutionally qualified to serve and comply with all additional state-imposed qualifications to serve as presidential electors.

Accordingly, the undersigned State Party Chair and Secretary of the Natural Law Party , hereby certify to the Michigan Secretary of State the following Michigan voters, along with their current address, as presidential electors for the Natural Law Party for Michigan for the November 5, 2024, general election:

Congressional District #1:   Bryan Jang Sup Jung
                             762 Kingston Ct, B1
                             Traverse City, Michigan, 49684

Congressional District #2:   Ellen Baker Costantino
                             10422 Alaska Avenue, SE
                             Caledonia, Michigan, 49316

Congressional District #3:   Deirdre Gaye Kohley
                             2484 Winchester Drive
                             Muskegon, Michigan, 49441

Congressional District #4:   Bobby Dela Dawe
                             2838 Virginia Avenue
                             Kalamazoo, Michigan, 49004

Congressional District #5:   Jason Robert Gatties
                             57556 Nishnabe Myewen Street
                             Dowagiac, Michigan, 49047

Congressional District #6:   Jason Edward Harper
                             2611 Hawthorne Road
                             Ann Arbor, Michigan, 48104

,1

| | |
|---|---|
| Congressional District #7: | Walter Paul Kristy<br>5516 Bullard Road<br>Hartland Township, Michigan, 48430 |
| Congressional District #8: | Julie Lynn Maurer<br>2571 East Bombay Road<br>Midland, Michigan, 48642 |
| Congressional District #9: | Douglas Paul Dern<br>4300 North Milford Road<br>Highland, Michigan, 48357 |
| Congressional District #10: | Arnold Simkus<br>12416 Conservation Trl.<br>Shelby Township, Michigan, 48315 |
| Congressional District #11: | Allison Lee Selko<br>4054 Oak Bank Ct.<br>Orchard Lake, Michigan, 48323 |
| Congressional District #12: | Bridgid Mary Casey<br>19377 Fitzgerald Street<br>Livonia, Michigan, 48152 |
| Congressional District #13: | Amy Marie Hilentzaris<br>1304 Bishop Road<br>Grosse Pointe Park, Michigan, 48230 |
| At-Large: | David Allen Brownstein<br>4054 Oak Bank Ct.<br>Orchard Lake, Michigan, 48323 |
| At-Large: | Barbara Susan Trunsky<br>1220 North Glenhurst Drive<br>Birmingham, Michigan, 48009 |

Dated: April 17, 2024

Doug Dern
Chair
Natural Law Party

Kathleen Oakford
Secretary
Natural Law Party

,2