UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert F. Kennedy, Jr,

        Plaintiff(s),

v.                Case No. 2:24−cv−12375−DPH−KGA
                Hon. Denise Page Hood

Jocelyn Benson,

        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

  Motion for TRO − #2

- REPLY DUE:  September 16, 2024

- MOTION HEARING:  September 17, 2024 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/L. Saulsberry
                 Case Manager

Dated:  September 13, 2024