UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT F. KENNEDY, JR.,

    Plaintiff,

v.

JOCELYN BENSON, in her official
capacity as Michigan Secretary of State,

    Defendant.
_____/

Case No. 24-12375
Hon. Denise Page Hood

## **JUDGMENT**

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

Approved:

By:  s/LaShawn Saulsberry___
    Deputy Clerk

/s/Denise Page Hood
_____
Denise Page Hood
United States District Judge

Dated: September 18, 2024

Detroit, Michigan