UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT F. KENNEDY, JR.,

      Plaintiff,

vs.

JOCELYN BENSON, in her official
Capacity as Michigan Secretary of State,

      Defendant.
_____/

Case No. 24-12375
Hon. Denise Page Hood

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Robert F. Kennedy, Jr. hereby appeals to the United States Court of Appeals for the Sixth Circuit from:

(1)   the "Judgment" entered in this action on the 18th day of September, 2024 (ECF No. 14);

(2)   the "Order Denying Plaintiff's Motion for Preliminary Injunction" entered in this action on the 18th day of September, 2024 (ECF No. 15);

      Respectfully submitted,

      DICKINSON WRIGHT PLLC

      /s/ *Brandon L. Debus*
By: _____
      Brandon L. Debus (P81159)
      2600 W. Big Beaver Rd., Ste. 300
      (248) 433-7674
      BDebus@dickinsonwright.com

Dated:  August 21, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                            DICKINSON WRIGHT PLLC

                            /s/ *Brandon L. Debus*
                      By: _____
                            Brandon L. Debus (P81159)
                            2600 W. Big Beaver Rd., Ste. 300
                            (248) 433-7674
                            BDebus@dickinsonwright.com