**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 24, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 24-1799, *Robert Kennedy, Jr. v. Jocelyn Benson*
Originating Case No. 2:24-cv-12375

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Antoinette Macon, Case Manager

cc: Mr. Brandon L. Debus
Mr. Erik A. Grill
Ms. Heather S. Meingast

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

---

No: 24-1799

---

Filed: October 24, 2024

ROBERT F. KENNEDY, JR.

Plaintiff - Appellant

v.

JOCELYN BENSON, in her official Capacity as Michigan Secretary of State

Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 09/27/2024 the mandate for this case hereby issues today.

COSTS: None